UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:12-CR-37-3FA
Civil No. 7:16-CV-231-FA

BILLY SALAZAR-RODRIGUEZ, )
)
          Petitioner, )
)
v. ) ORDER
)
UNITED STATES OF AMERICA, )
)
          Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 12th day of April, 2017.

                                          DAVID A. FABER
                                          SENIOR UNITED STATES DISTRICT JUDGE